

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEB:ADW  
F. #2019R01488

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 30, 2021

By Email and ECF
Mia Eisner-Grynberg, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

      Re:    United States v. Binbu Feng
            Criminal Docket No. 19-557 (SJ) (RLM)

Dear Ms. Eisner-Grynberg:

      Please find enclosed by e-mail the government's disclosures pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure ("3500 material") in connection with the upcoming hearing in the above-referenced case, scheduled for May 7, 2021.

      The government does not concede the relevance, materiality or admissibility of the information disclosed herein. If the government becomes aware of any additional 3500 or Rule 16 material, the government will provide it to you as it becomes available. The government continues to request reciprocal discovery from the defendant.

                                Very truly yours,

                                MARK J. LESKO
                                Acting United States Attorney

                By:   /s/ Andrew Wang
                      Andrew Wang
                      Assistant U.S. Attorney
                      (718) 254-6311

Enclosures

cc:    Clerk of the Court (RLM) (by ECF) (without enclosures)

MEB:ADW
F. #2019R01488

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -                                                          19 CR 557 (SJ) (RLM)

BINBU FENG,

               Defendant.

– – – – – – – – – – – – – – – – – –X

## THE GOVERNMENT'S LIST OF 18 U.S.C. § 3500 MATERIAL

                                                   Mark J. Lesko
                                                   Acting United States Attorney
                                                   Eastern District of New York
                                                   271 Cadman Plaza East
                                                   Brooklyn, New York 11201

Andrew Wang
Assistant U.S. Attorney
    (Of Counsel)

| EXHIBIT | DESCRIPTION |
| --- | --- |

**Eladio Herrera**

| | |
| --- | --- |
| 3500-EH-1 | Notes from October 28, 2019 Arrest |
| 3500-EH-2 | DEA Report of Investigation |
| 3500-EH-3 | DEA Notes of Interview (April 29, 2021) |

**Ricardo Farquharson**

| | |
| --- | --- |
| 3500-RF-1 | DEA Report of Investigation |
| 3500-RF-2 | DEA Notes of Interview (April 29, 2021) |

**Thomas Callahan**

| | |
| --- | --- |
| 3500-TC-1 | DEA Report of Investigation |
| 3500-TC-2 | Notes from October 28, 2019 Arrest |
| 3500-TC-3 | Grand Jury Testimony |