# CRIMINAL CAUSE FOR SUPPRESSION HEARING

**BEFORE:** Magistrate Judge Roanne L. Mann   **DATE:** May 7, 2021   **TIME:** 10:30 am-1:30 pm

**DOCKET #** 19-CR-557 (SJ)

**DEFENDANT:**   Binbu Feng
  X   present   ___ not present   ___ cust.   X   bail

**DEFENSE COUNSEL:** Mia Eisner-Grynberg
  X   present   ___ not present   ___ CJA   ___ Retained   X   Fed. Defenders


**A.U.S.A.:** Andrew Wang, Mark Bini   **CLERK:** J. Proujansky, G. Miller

**COURT REPORTER:** L. Danelczyk

**INTERPRETERS:** Stephanie Liu, Danny Yang (Mandarin)


**OTHER:** Evidentiary hearing held regarding [38] motion to suppress.   Officers Eladio Herrera and Ricardo Farquharson testified for the government; defendant also testified.   Decision reserved. Defendant's post-hearing brief must be filed by May 21, 2021, the government's response by June 1, 2021, and any reply by June 4, 2021.